**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FORD MOTOR CREDIT COMPANY,
LLC AND DORAL LINCOLN, LLC

Case No: 1:25-cv-21631

     Petitioners,

vs.

CARRIE A. FIGUEREDO,

     Respondent.

_____/

**PETITION TO CONFIRM ARBITRATION AWARD AND NOTICE OF APPLICATION FOR ORDER TO CONFIRM ARBITRATION ORDER AND AWARD**

Petitioners, Ford Motor Credit Company, LLC, and Doral Lincoln, LLC, file this Petition to Confirm Arbitration Award against Respondent Carrie A. Figueredo pursuant to 9 U.S.C. § 9 and Notice for Application for Order to Confirm Arbitration Order and Award.

**INTRODUCTION**

1. Ford Motor Credit Company, LLC, and Doral Lincoln, LLC, request confirmation of an arbitration order and award issued on November 19, 2024, and January 7, 2024, respectively, in American Arbitration Association Case No. 01-24-0000-5398, *Figueredo v. Ford Motor Credit Co., et al.* (the "Arbitration"). A true and correct copy of the "Order Granting Motion to Dismiss First Amended Complaint," along with the incorporated by reference "Amended Order Granting Motion To Dismiss" is attached hereto as Exhibit A (the "Order"), and a true and correct copy of the "Final

1

Award" is attached hereto as Exhibit B (the "Award"). Arbitrator Frank Sheperd dismissed Carrie Figueredo's First Amended Demand for Arbitration, wherein she alleged violations of the disclosure requirements of §1667(a) of the Consumer Leasing Act, for lack of standing. Ford Motor Credit Company, LLC, and Doral Lincoln, LLC, seek a judgment from this Court confirming this Order and Award.

## PARTIES

2. Carrie Figueredo is a natural person who resides in Miami, Florida.

3. Doral Lincoln, LLC is a Florida Limited Liability Company with its principal place of business located in Doral, Florida.

4. Ford Motor Credit Company, LLC, is a Delaware limited liability company with its principal place of business in Dearborn, Michigan.

## JURISDICTION AND VENUE

5. This Court has jurisdiction to confirm the arbitration award pursuant to 28 U.S.C. § 1331 because Carrie Figueredo's underlying claim alleged a violation of the disclosure requirements of §1667(a) of the Consumer Leasing Act and its implementing rule, Federal Reserve Regulation M, 12 CFR §213 et seq.

6. Venue is proper for this confirmation proceeding pursuant to 9 U.S.C. § 9 because the Order and Award were issued by the Arbitrator in Miami, Florida.

## FACTUAL BACKGROUND

7. In February 2024, Carrie Figueredo initiated arbitration proceedings against Ford Motor Credit Company, LLC, and Doral Lincoln, LLC, alleging violations of the disclosure requirements of §1667(a) of the Consumer Leasing Act and its implementing rule, Federal Reserve Regulation M, 12 CFR §213 et seq. A true and correct copy of Carrie Figueredo's Initial Demand for Arbitration is attached hereto as Exhibit C.

8. Ms. Carrie Figueredo's claims arose out of a Lease Agreement for a 2020 Lincoln Cosair. A true and correct copy of the Lease Agreement is attached as Exhibit D.

9. The Lease Agreement requires arbitration of all: "1)Claims in contract, tort, regulatory or otherwise; 2) Claims regarding the interpretation, scope or validity of this provision, or arbitrability of any issue except for class certification; 3) Claims between you and us, our employees, agents, successors, assigns, subsidiaries, or affiliates; 4) Claims arising out of or relating to your application for credit, this contract, or any resulting transaction or relationship, including that with the dealer, or any such relationship with third parties who do no sign this contract, " and subject to the Federal Arbitration Act (9 U.S.C. § 1 et seq.).

10. In her Demand, Ms. Carrie Figueredo alleged Ford Motor Credit Company, LLC, and Doral Lincoln, LLC, failed to disclose additional fees and charges to effectuate the vehicle purchase option, in violation of §1667(a) of the Consumer Leasing Act.

11.     Ford Motor Credit Company, LLC, and Doral Lincoln, LLC, moved to dismiss, arguing that Ms. Carrie Figueredo lacked standing as she did not suffer a concrete injury. The Arbitrator agreed and entered the Amended Order Granting Motion To Dismiss, dismissing the initial demand but permitted Ms. Carrie Figueredo 10 days to file and amended demand.

12.     Ms. Carrie Figueredo was unable to cure her pleading defect in her First Amended Demand and in the Granting Motion to Dismiss First Amended Complaint, the Arbitrator dismissed her claim for the same reasons enumerated in the Amended Order Granting Motion To Dismiss.

**MOTION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT**

13.     The Federal Arbitration Act ("FAA") states, in relevant part:

If the parties in their agreement have agreed that a judgment of the court shall be entered upon the award made pursuant to the arbitration, and shall specify the court, then at any time within one year after the award is made any party to the arbitration may apply to the court so specified for an order confirming the award, and thereupon the court must grant such an order unless the award is vacated, modified, or corrected as prescribed in sections 10 and 11 of this title. If no court is specified in the agreement of the parties, then such application may be made to the United States court in and for the district within which such award was made.

9 U.S.C. § 9.

14.     Pursuant to the Lease Agreement, "Judgment upon the award rendered by the arbitrator may be entered in any court having jurisdiction."

15.     Moreover, Ford Motor Credit Company, LLC, and Doral Lincoln, LLC, request for confirmation is timely as it is being made within a year of the order and award.

16.     Accordingly, this case meets all of the requirements for confirmation of the order and award.

17.     Section 13 of the FAA requires that any party moving for an order confirming an arbitration to award to attach the following documents:

(a) The agreement; the selection or appointment, if any, of an additional arbitrator or umpire; and each written extension of the time, if any, within which to make the award.
(b) The award.
(c) Each notice, affidavit, or other paper used upon an application to confirm, modify, or correct the award.

18.     All requirements for confirmation have been met and the requisite documentation has been attached.

19.      Accordingly, pursuant to 9 U.S.C. § 9, Ford Motor Credit Company, LLC, and Doral Lincoln, LLC, seek confirmation of the Arbitration Order and Award.

### PRAYER FOR RELIEF

WHEREFORE, Ford Motor Credit Company, LLC, and Doral Lincoln, LLC, respectfully request judgment as follows:

1. Confirmation of the Order Granting Motion to Dismiss First Amended Complaint, along with the incorporated by reference Amended Order Granting Motion To Dismiss and the Final Award; and

2. Any and all further relief this Court deems just and proper.


Dated: April 9, 2025          Respectfully submitted,

/s/ *Jessica M. Kennedy*
Jessica M. Kennedy, Esq.
Florida Bar No. 0096015

McDonald Toole Richman & Correnti, P.A.
111 N. Magnolia Ave., Suite 1200
Orlando, FL 32801
Telephone: (407) 246-1800
Facsimile: (407) 246-1895
Primary Service Email:
jkennedy@mtrclegal.com;
Secondary Email:
FigueredovFMCC@mtrclegal.com;
Attorney for Petitioners, *Ford Motor Credit Company, LLC. and Doral Lincoln, LLC.*